THOMAS B. HOWELL, Appellant, *v.* ORLANDO HOWELL and others, Respondents.

Decree of surrogate affirmed, with costs of the appeal to be paid by the appellants personally, and not out of the estate.

Opinion by Hardin, J.

---

THE TOWN OF SPRINGPORT, Respondent, *v.* THE TEUTONIA SAVINGS BANK and JAMES D. FISH, its Receiver, Appellants.

THE SAME, Respondent, *v.* THE GERMAN UPTOWN SAVINGS BANK and HERMAN UHL, its Receiver, Appellants.

THE SAME, Respondent, *v.* THE FRANKLIN SAVINGS BANK, Appellant.

Judgments modified by striking out the costs awarded, and, as so modified, affirmed, without costs of this appeal to either party, on the opinion of the referee.

Mem. by Hardin, J.

---

GEORGE W. HICKS and others, Respondents, *v.* SPENCER CLARK, Appellant.

Judgment and order affirmed.

Opinion by Hardin, J.

---

JOSIAH C. MILLER, Respondent, *v.* OGILVIE L. SHELDON, Appellant.

Judgment and order affirmed, with costs.

Opinion by Hardin, J.